# United States District Court
# Western District of North Carolina
# Statesville Division

| | |
|---|---|
| RICKY EUGENE EVERHART, ) | CLERK'S JUDGMENT |
| ) | |
| Petitioner, ) | 5:13CV85-1-V |
| ) | |
| vs. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 17, 2013, Order.

June 17, 2013

Frank G. Johns, Clerk
United States District Court